(December 30, 1970)

FOUAD ALWAN, Appellant, v. RAYMOND A. AYOUB, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.